PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-po-00216-CDB |
| Plaintiff, | [Citation #09887907, CA/14] |
| v. | |
| JAMES D. BRENNAN, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citation #09887907, CA/14] in Case No. 5:22-po-00216-CDB against JAMES D. BRENNAN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 5, 2023                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:    /s/ Chan Hee Chu
CHAN HEE CHU
Special Assistant United States Attorney

1

**O R D E R**

2

3      IT IS HEREBY ORDERED that Citation #09887907, CA/14 in Case No. 5:22-po-00216-CDB

4   against JAMES D. BRENNAN be dismissed, without prejudice, in the interest of justice.

5   IT IS SO ORDERED.

6      Dated:   **January 6, 2023**

7                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA v. Brennan
Case No. 5:22-po-00216-CDB